IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JACKSON
ADC #088412                                                           PLAINTIFF

v.                          No. 5:13-cv-371-DPM-HDY

FARON CLEMMONS, Lieutenant,
Varner Unit, ADC                                                      DEFENDANT

## ORDER

Unopposed recommendation, № 27, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Clemmons's motion for summary judgment, № 21, granted in part and denied in part. Jackson's claims for damages against Clemmons in his official capacity are dismissed without prejudice. Motion for summary judgment otherwise denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2014