IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JACKSON
ADC #088412                                                              PLAINTIFF

v.                          No. 5:13-cv-371-DPM

FARON CLEMMONS, Lieutenant,
Varner Unit, ADC                                                         DEFENDANT

## ORDER

Joint report, № 46, noted and appreciated. The Court has a bench trial in another case starting on Monday, September 14th, which should be completed on Tuesday. We'll start this case on Wednesday, September 16th. Pre-trial at 10:30 a.m. The venire will be present at 12:30 p.m. Counsel should be prepared to open (fifteen minutes a side) and start the proof Wednesday afternoon. Clemmons's motion in limine, № 47, appears solid. Jackson's, № 48, does too, with caveats: the jury is entitled to hear something generic about him being imprisoned for committing a felony; and there may be an honesty issue under FED. R. EVID. 609(a)(2). If the parties object to any of these limitations on the proof they should do so by 17 August 2015.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2015