IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JACKSON
ADC #088412                                              PLAINTIFF

v.                           No. 5:13-cv-371-DPM

FARON CLEMMONS, Lieutenant,
Varner Unit, ADC                                         DEFENDANT

### ORDER

The parties have informally notified the Court that they are finalizing

a settlement in this case.  The Final Scheduling Order, № 33, is therefore

suspended.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2015