IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JACKSON
ADC #088412                                                                                          PLAINTIFF

v.                                         No. 5:13-cv-371-DPM

FARON CLEMMONS, Lieutenant,
Varner Unit, ADC                                                                                    DEFENDANT

ORDER

1. Pending before the Court is Mitchell, Williams, Selig, Gates, & Woodyard's motion, № 53, for reimbursement of out-of-pocket expenses. The motion is granted.  Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders the Clerk to disburse $2,462.88 from the Library Fund to Mitchell, Williams, Selig, Gates, & Woodyard.  The request includes one deposition-related expense for $639.90, which exceeds the $500.00 threshold for pre-approval.  But the overage is minor; and the Court would have approved this needed expense on the front end.  A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk.

2. Motion for dismissal with prejudice, № 54, granted pursuant to the parties' settlement.

3. The Court appreciates the work of Mr. Beard and Mr. Koehler. They're discharged with the Court's thanks.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 August 2015