IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JACKSON
ADC #088412                                                                                   PLAINTIFF

v.                                      No. 5:13-cv-371-DPM

FARON CLEMMONS, Lieutenant,
Varner Unit, ADC                                                                              DEFENDANT

JUDGMENT

Jackson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2015